# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Aranda,<br><br>      Plaintiff(s),<br><br>    v.<br><br>John Martel, et al.,<br><br>      Defendant(s). | CASE NO. SCIV-08-1871 DOC<br><br>**O R D E R VACATING IN PART ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT AND GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |

On July 29, 2009, this Court DISMISSED Plaintiff Fernando Aranda's Amended Complaint, GRANTED Plaintiff's Motion to proceed In Forma Pauperis, and required Plaintiff to pay the statutory filing fee of $350. Plaintiff's case was originally filed in state court and was then removed by Defendants to this Court. As such, Defendants already paid the filing fee. Accordingly, the Court VACATES its previous Order to the extent that it required Plaintiff to pay the filing fee.

IT IS SO ORDERED.

DATED: July 29, 2009

                                                    */s/ David O. Carter*
                                          DAVID O. CARTER
                                      United States District Judge
                                           Sitting by Designation